This document was signed electronically on February 14, 2011,
which may be different from its entry on the record.

IT IS SO ORDERED.



~~Pat E. Morgenstern-Clarren~~
Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

Dated: February 14, 2011

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 10-19063 |
| | ) | |
| Dennis Hartzell | ) | Chapter 7 |
| Diane S. Hartzell, | ) | |
| | ) | |
| Debtors. | ) | Judge Pat E. Morgenstern-Clarren |

### ORDER GRANTING SECOND MOTION OF UNITED STATES TRUSTEE FOR ADDITIONAL TIME TO OBJECT TO DISCHARGE PURSUANT TO SECTION 727 OF THE BANKRKUPTCY CODE OR FILE MOTION TO DISMISS PURSUANT TO SECTION 707 OF THE BANKRUPTCY CODE

This matter is before the Court on the Second Motion of the United States Trustee for Additional Time to Object to Discharge Pursuant to Section 727 of the Bankruptcy Code or File Motion to Dismiss Pursuant to Section 707 of the Bankruptcy Code ("Second Motion"). For good cause shown, the Second Motion is granted and the United States Trustee shall have until April 29, 2011, to file a motion to dismiss under 11 U. S. C. § 707(b) or a complaint objecting to discharge under 11 U. S. C. § 727. This extension is without prejudice to any further extensions of time.

###

Submitted by:

*/s/ Ronna G. Jackson*
Ronna G. Jackson (#0080432)
Department of Justice
Office of the U. S. Trustee
201 Superior Avenue E, Ste. 441
Cleveland, Ohio 44114
(216) 522-7800, ext. 253
(216) 522-7193 (facsimile)


**Parties to be served via first class mail:**

Dennis Hartzell
Diane S. Hartzell
23132 Kingsbrooke Lane
Westlake, OH 44145


**Parties to be served via e-mail:**

Dennis J. Kaselak
Email: dkaselak@peteribold.com

Sheldon Stein
Email: sstein@epiqtrustee.com, sstein@ecf.epiqsystems.com

Ronna G. Jackson
Email: Ronna.G.Jackson@usdoj.gov